**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION**

**JIMMY CARTER**                                                                                  **PLAINTIFF**

vs.                               **Civil No. 4:20-cv-04055**

**ANDREW SAUL,**                                                      **DEFENDANT**
**Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 4th day of June 2021, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                                /s/ *Barry A. Bryant*
                                                                HON. BARRY A. BRYANT
                                                                U. S. MAGISTRATE JUDGE